

### CITY OF PORTLAND, OREGON

**Bureau of Police**
Sam Adams, Mayor
Michael Reese, Chief of Police
1111 S.W. 2nd Avenue • Portland, OR 97204 • Phone: 503-823-0000 • Fax: 503-823-0342

Integrity • Compassion • Accountability • Respect • Excellence • Service

## CONFIDENTIAL MEMORANDUM

January 9, 2012

To: Director Mike Kuykendall
Services Branch

From: Lieutenant Chris Davis
Professional Standards Division

Subject: Recommended findings for IA cases 2010-B-0023, 2011-B-0003, and 2011-B-0005

I have received Commander Brumfield's recommended findings regarding the above listed administrative investigations. As you know, I am performing the role of the Professional Standards Division manager in these cases, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ While I concur with the majority of the proposed findings, I am controverting the recommendations for the following allegations:

### Case #2010-B-0023, Allegation 5: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

For this allegation, Commander Brumfield reached a finding of **unproven**. I recommend a finding of **sustained**.



ANDREW_102806

Exhibit 1 - Decl. of Denis Vannier
Page 1 of 8



COPY

ANDREW_102807

Exhibit 1 - Decl. of Denis Vannier
Page 2 of 8

Director Mike Kuykendal.
January 9, 2012



COPY

ANDREW_102808

Exhibit 1 - Decl. of Denis Vannier
Page 3 of 8

Director Mike Kuykenda.            Page 4 of 8
January 9, 2012



Case #2011-B-0005, Allegation 1:

For this allegation, Commander Brumfield reached a finding of **unproven**. I recommend a finding of **sustained**.



**COPY**

ANDREW_102809

Exhibit 1 - Decl. of Denis Vannier
Page 4 of 8



COPY

ANDREW_102810

Exhibit 1 - Decl. of Denis Vannier
Page 5 of 8

Director Mike Kuykenda  
January 9, 2012

Page 6 of 8



COPY

ANDREW_102811

Exhibit 1 - Decl. of Denis Vannier  
Page 6 of 8

Director Mike Kuykendal  
January 9, 2012

Page 7 of 8



COPY

ANDREW_102812

Exhibit 1 - Decl. of Denis Vannier  
Page 7 of 8

Director Mike Kuykenda.  
January 9, 2012

Page 8 of 8



I concur with all of Commander Brumfield's other recommendations in this case. I recommend that the case be submitted for review by the Police Review Board for a final recommendation to the Chief of Police.



COPY

ANDREW_102813

Exhibit 1 - Decl. of Denis Vannier  
Page 8 of 8