

**CITY OF PORTLAND, OREGON**

**Bureau of Police**
Sam Adams, Mayor
Michael Reese, Chief of Police
1111 S.W. 2nd Avenue • Portland, OR 97204 • Phone: 503-823-0000 • Fax: 503-823-0342

Integrity • Compassion • Accountability • Respect • Excellence • Service

### MEMORANDUM (CONFIDENTIAL)

Date:        February 10, 2012

TO:          Lieutenant Rachel Andrew
             Family Services

Subject:     Police Review Board
             IAD Case Numbers: 2010-B-0023, 2011-B-0003, 2011-B-0005

The Police Review Board will convene on Wednesday, March 7, 2012. The Board is responsible for making recommendations to Chief Reese regarding your actions in this matter. The Board will convene at **1030 hours** at the Justice Center, on the 11th floor, in the Training classroom.

The March 7 meeting will involve a review of your conduct in the four cases identified below. In order to be clear, we have identified the three cases, the allegations, and the recommended findings that the Board will be reviewing in each case that involve you.

### 2010-B-0023



### 2011-B-0003



Community Policing: Making the Difference Together
An Equal Opportunity Employer
City Information Line: 503-823-4000, TTY (for hearing and speech impaired): 503-823-6868  Website: www.portlandpolice.com

ANDREW_102940

Exhibit 2 - Decl. of Denis Vannier
Page 1 of 3



**2011-B-0005**



You are encouraged to attend the Board meeting. If you decide to attend, I will meet with you at **1015 hours** and provide an overview of what you can expect that day. Your attendance is not mandatory; however, this is your opportunity to address the board regarding your actions. Shift adjustment is allowed if the board is scheduled outside of your normal work hours. Please coordinate any shift adjustment through your chain of command.

Consistent with Bureau protocol you may review the investigation materials prior to the above noted date of the Police Review Board. Contact the Internal Affairs Division if you wish to schedule a time to review the materials.



Please contact me if you plan to attend or if you have any additional questions. My assistant, Pam Mattys, can be reached at 503-823-0027.

Thank you,

Mike Kuykendall
Director of Services

c:    RU Manager (Brumfield, Henderson)
       Union (PPCOA)

ANDREW_102942

Exhibit 2 - Decl. of Denis Vannier
Page 3 of 3