DENIS M. VANNIER, Oregon State Bar ID Number 044406
Deputy City Attorney
Email denis.vannier@portlandoregon.gov
SIMON WHANG, Oregon State Bar ID Number 035282
Deputy City Attorney
Email simon.whang@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-
Of Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RACHEL ANDREW**, | 3:14-cv-00671-HU |
| **PLAINTIFF**, | |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| **CITY OF PORTLAND; MICHAEL REESE; CHRISTOPHER DAVIS;** by and through the Portland Police Bureau and the City of Portland, a political subdivision of the State of Oregon, | |
| **DEFENDANTS.** | |

NOTICE IS HEREBY GIVEN that Simon Whang, OSB #035282, Deputy City Attorney, is associated as an attorney of record for defendants City of Portland, Michael Reese, and Christopher Davis.

Dated:  August 27, 2014

                                               Respectfully submitted,

                                               */s/ Simon Whang*
                                               SIMON WHANG, OSB # 035282
                                               Deputy City Attorney
                                               *Of Attorneys for Defendants*