IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| RACHEAL ANDREW,<br><br>             Plaintiff,<br>   vs.<br><br>CITY OF PORTLAND; PORTLAND POLICE CHIEF MICHAEL REESE; LIEUTENANT CHRISTOPHER DAVIS; by and through the Portland Police Bureau and the City of Portland, a political subdivision of the State of Oregon<br><br>             Defendants. | Case No. 3:14-cv-00671-HU<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT |

The Court having reviewed the Motion for Leave to File Amended Complaint and it appearing that good cause exists for the granting of such Motion.

IT IS THEREFORE ORDERED that the Plaintiff's Motion for Leave to File an Amended Complaint is hereby granted.

EXECUTED on September ___, 2014.

_____
DENNIS J. HUBEL
United States Magistrate Judge

1 ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME