Sean J. Riddell OSB#013943
sean.riddell@live.com
Attorney At Law
4411 NE TILLAMOOK ST.
Portland, OR 97213
971-219-8453
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| RACHEL ANDREW, | Case No. 3:14-CV-00671-HU |
| Plaintiff, | JOINT STIPULATION OF DISMISSAL |
| vs. | |
| CITY OF PORTLAND; MICHAEL REESE; CHRISTOPHER DAVIS; by and through the Portland Police Bureau and the City of Portland, a political subdivision of the State of Oregon, | |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL**

NOW, THEREFORE, the Parties agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action with prejudice.

2. It is the express intention of the Parties that Defendants will waive any claim to costs or fees associated with this litigation.

///

///

///

1  JOINT STIPULATION OF DISMISSAL

3. Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

IT IS SO ORDERED this _____ day of _____, 2014.

                                        Honorable Magistrate Judge Dennis J. Hubel

It is so stipulated on 3 November, 2014.

Simon Whang  
Deputy City Attorney  
City of Portland  
1221 SW 4th Ave, Ste 430  
Portland OR  97204  
Attorney for Defendants

Sean J. Riddell  
Attorney at Law  
4411 NE Tillamook St  
Portland, OR 97213  
Attorney for Plaintiff

2  JOINT STIPULATION OF DISMISSAL